| | AUSA: | Stephen Carr | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Dustin Swensson | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Joshua Shinholster

Case: 2:25-mj-30671
Assigned To : Unassigned
Assign. Date : 10/30/2025
Description: USA V SEALED (LLH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2025 - September 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt and distribution of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Dustin Swensson, Special Agent
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 30, 2025__

_____
Judge's signature

City and state: __Detroit, MI__    Hon. Elizabeth A. Stafford, United States Magistreate Judge
Printed name and title

# Affidavit in Support of an Application for a Criminal Complaint and Arrest Warrant

I, Dustin Swensson, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## Agent Introduction and Background

1. I have been employed as a Special Agent of the FBI since 2016 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I served in the US Army and later worked for several defense contractors as a counter-terrorism analyst.

2. While employed by the FBI, I have drafted affidavits for arrest warrants and search warrants, including searches of residences and electronic devices. I have investigated numerous federal violations, including cases involving child pornography and the sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

3. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal

1

law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

4. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Joshua Deangelo Shinholster for violations of 18 U.S.C. §§ 2252A(a)(2) (distribution and receipt of child pornography).

5. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

6. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only facts necessary to establish probable cause that Shinholster has violated 18 U.S.C. §§ 2252A(a)(2).

## Probable Cause

7. In September 2025, FBI Detroit executed a federal search warrant in the Eastern District of Michigan at the residence of, and on the person of, Subject-1, an individual whose identity is known to law enforcement. Subject-1 had previously been identified as having distributed child pornography, via Social Media App-1, a messaging website with a cell phone application that is commonly used to distribute child pornography, with another subject of an FBI investigation. Subject-1's cellular phone was seized during the search.

8. A forensic review of Subject-1's phone revealed that he traded images and videos which met the federal definition of child pornography with multiple individuals. One such individual who traded child pornography with Subject-1 was user "Yung P," later identified as Joshua Deangelo Shinholster.

9. The forensic review of Subject-1's phone showed that Shinholster sent at least 12 videos containing child pornography to Subject-1 via Social Media App-1. Shinholster also received dozens of videos containing child pornography from Subject-1 via the same mobile messaging application.

10. On April 26, 2025, Shinholster sent at least 9 videos containing child pornography to Subject-1 including the following:

    a. A video of an adult man ejaculating on the naked buttocks of a prepubescent child.

    b. Four videos of toddlers performing oral sex on adult men.

11. On May 5, 2025, Shinholster received at least 16 videos containing child pornography from Subject-1 including the following:

    a. A video of a prepubescent girl performing oral sex on an adult man.

    b. A video of an adult man ejaculating on the face of a prepubescent girl who was asleep.

    c. A video of an adult man ejaculating on the face of a prepubescent girl.

12. During their chat on Social Media App-1, Shinholster and Subject-1 also discussed their mutual sexual interest in children and their desire to sexually assault children.

13. For example on March 3, after receiving four videos containing CSAM, Shinholster replied, "My dick hard ass hell at work bro . . I'm bout to go nut in the bathroom."

14. Similarly, on March 5, Shinholster responded to receiving multiple videos of CSAM, "Damn bro you be having all the good shit . . . Just send me shit whenever."

15. On March 8, after Shinholster sent multiple videos to Subject-1, Shinholster told Subject-1 "I like when they be nuttin on the lil girls." Subject-1 told Shinholster, "I hope I get to make that dick bust on some kids one day." Shinholster replied, "Me to bro."

16. On March 20, in chats with Subject-1, Shinholster compared one of the victims to the child of a former domestic partner. When Subject-1 asked Shinholster if he touched the child, Shinholster said, "I wish but I was scared [the child] would tell her [parent]."

**Identifying Shinholster as Yung P**

17. Law enforcement confirmed Shinholsters's identity through several sources using the Social Media App-1 profile saved in Subject-1's phone. The cell phone number associated with the "Yung P" account that chatted with Subject-1 ended in -6951. That number is linked to an

5

individual who shares a last name with Shinholster and resides at a known address in Canton, Michigan.

18. According to information from the Michigan Secretary of State, Shinholster's Michigan driver's license lists the known residence in Canton, Michigan as his address.

19. In addition, a publicly viewable Facebook page for Shinholster has an image posted on April 17, 2025 with an image of Shinholser and which advertises TV and home theater installations. The image contains the text "Contact Josh -6951". A partially redacted screenshot of the image is below:



20. In addition, a report from the Canton Police Department dated from late July 2025 listed Joshua Shinholster's cellular phone number as -6951 and his home address as the identified residence in Canton, Michigan.

21. On October 28, 2025 the FBI executed a search warrant at Shinholster's home in Canton, Michigan. Shinholster was present at the residence and in possession of the phone associated with -6951 number.

22. After being advised of his Miranda rights, Shinholster admitted to using the cellular phone number ending in -6951. That phone was then seized during the search.

23. An initial manual review of Shinholster's phone revealed that Social Media App-1 had previously been downloaded on the phone and deleted.

24. Additionally, Shinholster was signed into an X account (formerly Twitter) on the cellular phone. The display name of Shinholster's X account was "Yung P."

25. A review of "Yung P's" publicly viewable posts on X revealed at least three instances on or around September 23, 2022 where

Shinholster tells other X users that his username on Social Media App-1 is "yungp02".

## Conclusion

26. Based on the foregoing, there is probable cause to believe that Joshua Deangelo Shinholster committed violations of 18 U.S.C. §§ 2252A(a)(2) (distribution and receipt of child pornography).

Respectfully submitted,

_____
Dustin Swensson, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Elizabeth A. Stafford
UNITED STATES MAGISTRATE JUDGE

Dated: October 30, 2025